HARRY KATZ, APPELLANT, v. FANNIE ZAPELA ET AL., RESPONDENTS.

Submitted October 28, 1932—Decided January 5, 1933.

For the appellant, *Emil Neblo*.

For the respondents, *Minturn & Weinberger*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 258.

*For affirmance*—The Chancellor, Chief Justice, Parker, Lloyd, Case, Bodine, Brogan, Heher, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 14.

*For reversal*—None.